UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 08-423 (JLL) |
| Plaintiff, | : | Hon. Jose L. Linares |
| v. | : | |
| MARA SILVA, | : | **ORDER REGARDING PROPERTY LOCATED AT 308 SOUTH 7th STREET IN ELIZABETH, NEW JERSEY** |
| Defendant. | : | |

THIS MATTER having been opened to the Court by Defendant Mara Silva (Henry E. Klingeman, Esq., appearing) for an Order regarding the status of real property located at 308 South 7th Street in Elizabeth, NJ; the United States of America (AUSA Mark Coyne) having represented that it is taking no position in this matter; and for good cause shown,

WHEREFORE, IT IS on this __2nd__ day of __December__, 2009;

ORDERED that the property located at 308 South 7th Street in Elizabeth, NJ shall have no liens imposed by the United States Clerk's Office as a result of the $100,000 personal appearance bond entered into by Defendant Mara Silva on June 13, 2008 and issued in the above-captioned matter; and

IT IS FURTHER ORDERED that all terms and conditions of pretrial release previously imposed remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Judge

HENRY E. KLINGEMAN, ESQ.
For Defendant Mara Silva
Anna G. Cominsky, Esq.

AUSA MARK COYNE
For the United States Attorney's Office