**DIBIASI & RINALDI, L.L.C.**
Attorneys At Law
345 Centre Street
Nutley, New Jersey 07110
(973) 235-1414
Attorneys for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>MARISTANE SILVA ,<br>*Defendants.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Crim. No. 08-423 ( JLL)<br><br>Hon. Jose L. Linares<br><br>**ORDER REGARDING PROPERTY<br>LOCATED AT 115 POLK STREET<br>IN NEWARK, NEW JERSEY** |

THIS MATTER having been opened to the Court by Defendant Maristane Siva (Thomas S. DiBiasi, Esq., appearing) for and Order regarding the status of real property located at 115 Polk Street in Newark, NJ; the United States of America (AUSA Mark Coyne) having represented that it is taking no position in this matter; and for good cause shown,

WHEREFORE, IT IS on this _____ day of December, 2009;

ORDERED that the property located at 115 Polk Street in Newark, NJ shall have no liens imposed by the United States Clerk's Office as a result of the $100,000 personal appearance bond entered into by Defendant Maristane Silva on June 13, 2008 and issued in the above-captioned matter; and

IT IS FURTHUR ORDERED that all terms and conditions of pretrial release previously imposed remain in full force and effect.

_[signature]_ 12/14/09

HONORABLE JOSE L. LINARES

United States District Judge

_[signature]_

THOMAS S. DIBIASI, ESQ.

For defendant Maristane Silva

_[signature]_

AUSA MARK COYNE

For the United States Attorney's Office